IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 10-0693 |
| LUIS A. GONZALEZ | : | |

**SURRICK, J.**                                                            **NOVEMBER 29, 2010**

## ORDER

**AND NOW**, this 29th day of November, 2010, upon consideration of Defendant's Motion for Revocation of Magistrate Judge's Order to Detain Petitioner (ECF No. 11), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendant's Motion for Revocation of Magistrate Judge's Order to Detain Petitioner is **GRANTED**.

2. Defendant shall be placed on pretrial release under appropriate conditions to be determined at a hearing in open court.

**IT IS SO ORDERED.**

                                                               **BY THE COURT:**

                                                               **/s/ *R. Barclay Surrick***
                                                               **U.S. District Judge**